WILLIAM J. FRIMEL (Bar No. 160287)
bill@sffwlaw.com
**SEUBERT FRENCH FRIMEL & WARNER LLP**
1075 Curtis Street
Menlo Park, CA  94025
Tel:  650.322.3048
Fax:  650.322.2976

Attorneys for Plaintiffs
ONLINE MEDIA ADVISORS LLC
and ERIC DEL BALSO

TYLER MEADE (Bar No. 160838)
**THE MEADE FIRM P.C.**
1816 Fifth Street
Berkeley, CA 94710
Tel: 510.843.3670
Fax: 510.843.3679

Attorneys for Defendant
RALLYVERSE, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ONLINE MEDIA ADVISORS LLC, d/b/a Ignite Advisors, a California limited liability company, and ERIC DEL BALSO,<br><br>Plaintiffs,<br><br>v.<br><br>RALLYVERSE, INC., a Delaware corporation,<br><br>Defendant. | Case No.  3:14-cv-03208 RS<br><br>**STIPULATION TO DISMISSAL OF COMPLAINT AND [P~~ROPO~~SED] ORDER** |

  Plaintiffs Online Media Advisors LLC, d/b/a Ignite Advisors, and Eric Del Balso, on the one hand, and Defendant Rallyverse, Inc., on the other hand, by and through their counsel of record, **STIPULATE AS FOLLOWS**:

  (1) Plaintiffs and Defendant have reached a full and final settlement of all issues between them in this action.  A settlement agreement between them has been fully executed; and

(2)   Plaintiff's complaint is dismissed with prejudice, each party to incur their own costs and attorney fees.

Respectfully submitted,

Dated: October 5, 2015          **SEUBERT FRENCH FRIMEL & WARNER LLP**

By _____
WILLIAM J. FRIMEL
Attorneys for Plaintiffs
ONLINE MEDIA ADVISORS LLC
and ERIC DEL BALSO

Dated: October 5, 2015          **THE MEADE FIRM P.C.**

By _____/S/_____
TYLER MEADE
Attorneys for Defendant
RALLYVERSE, INC.

**IT IS SO ORDERED.**

Dated: 10/6/15          By _____
UNTIED STATES DISTRICT JUDGE

-2-

STIPULATION TO DISMISSAL OF COMPLAINT AND [PROPOSED] ORDER